## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-00975 |
| v. | ) |
| | ) |
| RADIUS HEALTH, INC., WILLARD H. | ) |
| DERE, CATHERINE FRIEDMAN, JEAN- | ) |
| PIERRE GARNIER, OWEN HUGHES, | ) |
| JENNIFER A. JARRETT, KELLY | ) |
| MARTIN, SEAN MURPHY, MACHELLE | ) |
| SANDERS, SUSAN VISSERS, AND | ) |
| ANDREW C. VON ESCHENBACH, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 1, 2022

**RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
_____

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

*Attorneys for Plaintiff*